Allen P. Schoolfield, Jr., Dallas, Tex., Ralph L. Alexander, Edinburg, Tex., Kelly, Looney, McLean & Littleton, Edinburg, Tex., for respondent.

Before TUTTLE, Chief Judge, BROWN and GEWIN, Circuit Judges.

PER CURIAM.

The issues in this petition for enforcement of an order of the National Labor Relations Board are all factual. We have carefully reviewed the findings of the Board and conclude that they are all supported by substantial evidence on the record as a whole.

The order is warranted by the Board's findings and it will be

Enforced.

**Leo DuBOISE, Appellant,**

v.

**STATE OF NORTH CAROLINA, Appellee.**

**No. 9466.**

United States Court of Appeals
Fourth Circuit.

Argued Nov. 12, 1964.

Decided Nov. 16, 1964.

facts in addition to those alleged in his habeas corpus petition.

We affirm the action of the District Court, without prejudice, however, to petitioner's right to amend his original petition or file a new petition as he may be advised.

Affirmed.

Ronald P. Sokol, Charlottesville, Va. (Court-assigned counsel), for appellant.

Andrew A. Vanore, Jr., Asst. Atty. Gen. of North Carolina (Thomas Wade Bruton, Atty. Gen. of North Carolina, and Theodore C. Brown, Jr., Asst. Atty. Gen. of North Carolina, on brief), for appellee.

Before BOREMAN and BRYAN, Circuit Judges, and THOMSEN, District Judge.

PER CURIAM.

Leo DuBoise, a prisoner of the State of North Carolina, filed his petition in the court below for a writ of habeas corpus alleging that at the time of his trial he "requested that he be put on the stand in his own behalf" and that his counsel "did not want your petitioner to take the stand in his own behalf."

The District Court, accepting the factual allegations of the petition as true, concluded that they presented no constitutional question and dismissed the petition without requiring the state to answer and without a hearing.

Following dismissal of his petition, DuBoise addressed to one of the individual judges of this court what purports to be a "Petition for Writ of Certiorari," appearing in the record on appeal, in which he attempts to allege